No. 760, Misc. CROOK *v.* CRAVEN, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 761, Misc. WILLIAMS *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 248, Misc. MURRAY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent.

MR. JUSTICE DOUGLAS, dissenting.

For the reasons stated in my dissenting opinion in *Whitney* v. *Florida, ante,* p. 138, and particularly in light of the increasing burden on federal courts caused by habeas corpus petitions of state prisoners who are unable to obtain hearings in state courts, I would grant the writ of certiorari and remand the case to Florida with directions to give petitioner an evidentiary hearing.

No. 434, Misc. JACOBS *v.* BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *William W. Greenhalgh* for petitioner. *Francis B. Burch,* Attorney General of Maryland, and *Edward F. Borgerding,* Assistant Attorney General, for respondent.

No. 468, Misc. VANDERHORST *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner. *Isidore Dollinger* and *Daniel J. Sullivan* for respondent.

No. 705, Misc. WILLIAMS *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.